UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE,<br>          PLAINTIFF<br><br>vs.<br><br>UNIVERSITY OF CONNECTIUCT<br>AND BRIAN GOEPFRICH,<br>          DEFENDANTS. | Civil Case No. 3:20-cv-00092 |

**AFFIDAVIT OF MICHAEL THAD ALLEN CERTIFYING SERVICE UNDER FED. R.CIV. P. 65(b)(1)(B)
IN SUPPORT OF JOHN DOE'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

My name is Michael Thad Allen, and I am over 18 years of age and understand the meaning of an oath. I swear that the following statements are true upon my oath:

1. I am an attorney practicing law in the state of Connecticut in good standing with the Federal District Court for the District of Connecticut. I represent Plaintiff in the above captioned case. I make the following statements based on my own personal knowledge and experience. I am executing this affidavit to certify notice as required under Fed. R.Civ. P. 65(b)(2)(B).

2. On January 20, 2020, I caused the documents below to be served by email on General Counsel to Defendant University of Connecticut, Nicole Founier Gelston at Nicole.gelston@uconn.edu. Attorney Gelston is General Counsel of Defendant University of Connecticut, with office at Office of the General Counsel, 343 Mansfield Road, Unit 1177, Storrs, CT 06269-1177.

    i. Complaint and Jury Demand

    ii. Federal Waiver of Service of Process Form for University of Connecticut and Brian Goepfrich

    iii. Civil Action Cover Sheet

1

    iv.    John Doe's Emergency Motion for Temporary Restraining Order and Preliminary Injunction

    v.    John Doe's Memorandum in Support of Emergency Motion for Temporary Restraining Order and Preliminary Injunction

    vi.    John Doe's Affidavit in Support of Emergency Motion for Temporary Restraining Order and Preliminary Injunction

    vii.    Exhibit A through Exhibit O, attached to John Doe's Affidavit in Support of Emergency Motion for Temporary Restraining Order and Preliminary Injunction

    viii.    John Doe's Proposed Order on his Emergency Motion for Temporary Restraining Order and Preliminary Injunction

    ix.    John Doe's Motion to Proceed Anonymously as John Doe

    x.    John Doe's Memorandum in Support of Motion to Proceed Anonymously as John Doe

    xi.    John Doe's Motion to Seal

    xii.    John Doe's Memorandum in Support of Motion to Seal

3.    Attorney Gelston and I corresponded by email on or around December 12 and December 13, 2019 and by letter dated December 10, 2019 requesting that the parties negotiate a reasonable solution rather than force Plaintiff to file for emergency injunctive relief. Attorney Gelston rejected all attempts at dialogue. On behalf of my client, I made clear to attorney Gelston at that time that if Defendant University of Connecticut proceeded with unfair disciplinary action against my client, he would be forced to take legal action, including seeking emergency injunctive relief.

4.    Defendant Brian Goepfrich is an employee of Defendant University of Connecticut and is being sued in his official capacity as a state actor. He has been served notice through his employer's attorney.

5. On December 20, 2020, I also caused a copy of the documents listed in ¶ 2 of this Affidavit to be sent to the Office of the Attorney General of the State of Connecticut at Attorney.General@ct.gov.

**SIGNED UNDER THE PENALTIES OF PERJURY THIS 21ST DAY OF JANUARY 2020**

_____
Michael Thad Allen

SUBSCRIBED AND SWORN TO before me this 21st day of January 2020, by

_____
Julie E. Burt
Commissioner of the Court
Bar No. 419579