UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE,<br>          PLAINTIFF<br><br>vs.<br><br>UNIVERSITY OF CONNECTIUCT, ET AL.<br>          DEFENDANTS. | Civil Case No. 3:20-cv-00092-MPS<br><br>DATE: January 30, 2020 |

## NOTICE OF INTENT TO REQUEST REDACTION

Plaintiff submits this Notice of Intent to Request Redaction concerning the Telephonic Status Conference held before this Court on January 23, 2020 in compliance with this Court's Order of January 30, 2020.  Dk#20.

Plaintiff intends to request the redaction of personally identifying information related to John Doe, Jane Roe, and other students of Defendant University of Connecticut.  Plaintiff has already filed a Motion to Seal and Motion to Proceed Anonymously, which address the same issues.  Dk#3, 4.

Plaintiff will file his Request for Redaction by the Court's deadline of February 20, 2020 after conferring with opposing counsel.

Respectfully submitted,

/s/*Michael Thad Allen*
Michael Thad Allen, Esq. (ct29813)
ALLEN LAW, LLC
PO Box 404
Quaker Hill, CT  06375
(860) 772-4738
m.allen@allen-lawfirm.com

for PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the date specified in the caption of this document, I electronically filed the foregoing with the Clerk of Court, to be served on all parties of record via the CM/ECF system and by email on the following parties:

Attorney Nicole Gelston
General Counsel
University of Connecticut
Office of the General Counsel
343 Mansfield Road, Unit 1177
Storrs, CT 06269-1177

Mary Lenehan
Assistant Attorney General
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
Attorney.General@ct.gov

/s/Michael Thad Allen
Michael Thad Allen