UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE | : | CIVIL NO. 3:20-cv-00092 |
| *Plaintiff* | : | |
| | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT, | : | |
| et al., | : | |
| *Defendants* | : | February 5, 2020 |

## MOTION BY CONSENT FOR CONTINUANCE OF PRELIMINARY INJUNCTION HEARING

Pursuant to Federal Rules of Civil Procedure 6(b)(1)(A) and Local Rule 7(b), Defendants, University of Connecticut, (the "University"), Brian Goepfrich, Gregroy Bouquot and Michael Gilbert, in their official capacities only, (collectively the "Defendants") hereby move for a continuance of one week of the preliminary injunction hearing, currently scheduled for February 11 and 12, 2020, and all related filing deadlines. Plaintiff consents and joins in this request. This is the first request for a continuance in this matter.

On or about January 23, 2020, this court granted the Plaintiff's Motion for Emergency Restraining Order and ordered that a preliminary injunction hearing be held on February 11, 2020. The court ordered the parties to comply with a schedule for witness and exhibit lists and production beginning with the requirement that parties submit witness and exhibit lists by the close of business on February 5, 2020.

Counsel for both the Defendants and the Plaintiff have been working since January 23, 2020 to resolve this dispute through a proposed consent order. To date, the parties have conferred several times via phone and shared multiple drafts of a proposed consent order. The parties believed that the proposed consent order would be ready for filing by today and, therefore, had not filed a motion for extension of time prior to this motion. The parties are

confident that they will file a final proposed consent order with the court within days that will eliminate the need for a preliminary injunction hearing.

WHEREFORE, for good cause shown, counsel for the Defendants respectfully requests that the preliminary injunction hearing be rescheduled to February 18, 2020, one week following the current February 11, 2020 date or to a date that best suits the Court's calendar.

                                  DEFENDANTS
                                  UNIVERSITY OF CONNECTICUT,
                                  BRIAN GOEPFRICH,
                                  GREGORY BOUQUOT AND
                                  MICHAEL GILBERT

                                  WILLIAM TONG
                                  ATTORNEY GENERAL

By:    */s/ Mary K. Lenehan*
           Mary K. Lenehan
           Assistant Attorney General
           Office of the Attorney General
           165 Capitol Ave.
           Hartford, CT 06106
           Tel:  (860) 808-5210
           Fax.: (860) 808-5387
           Federal Bar No. ct 15436
           Email:  Mary.Lenehan@ct.gov

**CERTIFICATION**

I hereby certify that on February 5, 2020 a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy has been sent by first class mail, postage prepaid, to the following:

Michael Thad Allen
Allen Law, LLC
PO Box 404
Quaker Hill, CT 06375
(860) 772-4738
m.allen@allen-lawfirm.com

                                                */s/ Mary K. Lenehan*
                                                Mary K. Lenehan (#ct15436)
                                                Assistant Attorney General