**Michael Allen**

| | |
|---|---|
| **From:** | Lenehan, Mary <Mary.Lenehan@ct.gov> |
| **Sent:** | Wednesday, February 5, 2020 2:39 PM |
| **To:** | Michael Allen |
| **Cc:** | Salton, Henry; nicole.gelston@uconn.edu |
| **Subject:** | RE: John Doe v. University of Connecticut, et al., 3:20-cv-92-MBS (D.Conn.) [CTAG-CTAG.FID2742572] |

Michael,

My appearance for the new defendants, in their official capacities only, and the Consent Motion for Continuance have been filed with the court.

Have you had an opportunity to discuss with your client the outstanding issues regarding the Consent Order?

Mary K. Lenehan
Assistant Attorney General
Connecticut Attorney General's Office
55 Elm Street
Hartford, CT 06105
860-808-5210
860-808-5385 (fax)
mary.lenehan@ct.gov

This email and any attached documents may contain confidential and privileged information. Such information is intended solely for the use of the individual(s) to whom this email was intended to be sent. Any printing, disclosure, reproduction, distribution of the information herein by other than the intended recipient(s) is strictly prohibited. If you believe that you have received this email in error, please notify the sender by telephone at (860) 493-0115.
Any material that is not confidential may constitute a public record under the laws of the State of Connecticut.

**From:** Michael Allen [mailto:m.allen@allen-lawfirm.com]
**Sent:** Wednesday, February 05, 2020 1:14 PM
**To:** Lenehan, Mary
**Cc:** Salton, Henry; nicole.gelston@uconn.edu
**Subject:** John Doe v. University of Connecticut, et al., 3:20-cv-92-MBS (D.Conn.)

Dear Mary,

Please find attached for service on all Defendants a Summons and copy of the First Amended Complaint in the above captioned matter.

As per our prior email, we are suing the individual defendants in their official capacity as state actors and agents of UConn.  Also as per our email correspondence of this day, you agreed to accept service via email.

Thank you for your attention to this matter.

Michael Thad Allen
FOR PLAINTIFF




**Michael Thad Allen, J.D., Ph.D.**
**TEL: (860) 772-4738 | FAX: (860) 469-2783 | Check Out Our Website:** allen-lawfirm.com
Allen Law LLC
PO Box 404
Quaker Hill, CT  06375
m.allen@allen-lawfirm.com