UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE | : | CIVIL NO. 3:20-cv-00092 |
| *Plaintiff* | : | |
| | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT, et al., | : | |
| | : | |
| *Defendants* | : | February 10, 2020 |

### MOTION BY CONSENT FOR ISSUANCE OF CONSENT ORDER

The Defendants, University of Connecticut, Brian Goepfrich, Gregory Bouquot, and Michael Gilbert, in their official capacities only, hereby request that the Court enter the attached Consent Order as an order of the Court resolving all claims in the above referenced action. Upon entry of the Consent Order, the Defendants request that the Court retain jurisdiction to enforce its terms. The plaintiff, John Doe, consents and joins in this motion.

Respectfully submitted,

DEFENDANTS
UNIVERSITY OF CONNECTICUT,
BRIAN GOEPFRICH,
GREGORY BOUQUOT AND
MICHAEL GILBERT

WILLIAM TONG
ATTORNEY GENERAL

By: /s/ Mary K. Lenehan
Mary K. Lenehan
Assistant Attorney General
Office of the Attorney General
165 Capitol Ave.
Hartford, CT 06106
Tel: (860) 808-5210
Fax.: (860) 808-5387
Federal Bar No. ct 15436
Email: Mary.Lenehan@ct.gov

## CERTIFICATION

I hereby certify that on February 10, 2020 a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy has been sent by first class mail, postage prepaid, to the following:

Michael Thad Allen
Allen Law, LLC
PO Box 404
Quaker Hill, CT 06375
(860) 772-4738
m.allen@allen-lawfirm.com

Mary K. Lenehan (#ct15486)
Assistant Attorney General