UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN DOE

    vs

UNIVERSITY OF CONNECTICUT
BRIAN GOEPFRICH
GREGORY BOUQUOT
MICHAEL GILBERT

CASE NO.: 3:20CV62(MPS)

### JUDGMENT

This action having commenced by complaint and assigned to the Honorable Michael P. Shea, United States District Judge, and

The Court having considered the full record of the case including applicable principles of law, and having filed its ruling on February 11, 2020 entering judgment in accordance with the terms of the Consent Order; it is therefore

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in accordance with the terms of the Consent Order.

Dated at Hartford, Connecticut, this 12th day of February 2020.

ROBIN D. TABORA, Clerk

/s/
By: Devorah Johnson
    Deputy Clerk

EOD  2/12/20